IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Martin Edward Lewis, <br><br> Plaintiff(s), <br><br> v. <br><br> Chicago Police Department, et al, <br><br> Defendant(s). | Case No. 14 C 7317 <br> Judge Elaine E. Bucklo |

## **ORDER**

Defendant City of Chicago's Motion to Dismiss without prejudice subject to refiling [18] is granted. The Court appoints Elizabeth Joy Guscott-Mueller of the law firm of Guscott-Mueller Law LLC located at Four Market Square Ct.; Lake Forest, IL 60045-1828; (847)735-9521; Email: ejg@guscottmuellerlaw.com as counsel for plaintiff. Status hearing set for 11/6/2015 at 9:30 a.m. Enter Order.


Date: 10/6/2015  /S/ Honorable Elaine E. Bucklo
United States District Judge